IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION AT CHATTANOOGA, TENNESSEE

| | |
|---|---|
| GARY IVEY AND VIRGINA IVEY, | ) |
| Plaintiffs, | ) ) ) |
| VS. | ) ) Case No.: 1:15-CV-00199 ) JURY DEMAND |
| PACIFIC INDEMNITY COMPANY, | ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 42(a)(1) of the Federal Rules of Civil Procedure, the plaintiff and Defendant stipulate that the plaintiffs' claims against the defendant Pacific Indemnity Company shall be dismissed without prejudice.

By agreement, no bill of costs will be requested by any party.

Entered this _____ day of December, 2016.

**APPROVED FOR ENTRY**

*/s/William B. Jakes*
William B. Jakes, III (#10247)
HOWELL & FISHER, PLLC
300 James Robertson Parkway
Nashville, TN 37201-1107
(615) 921-5208 - Direct
bjakes@howell-fisher.com
*Attorney for Defendant Pacific Indemnity Co.*

_/s/ William H. Horton_
William H. Horton, BPR # 1935
**HORTON BALLARD & PEMERTON, PLLC**
735 Broad Street, Suite 306
Chattanooga, TN 37402
(423) 586-5800
_Attorney for Plaintiffs_